Generated: Dec 2, 2024 3:48PM                                                                 Page 1/1



# U.S. District Court

## Tennessee Western - Memphis

Receipt Date: Dec 2, 2024 3:48PM

MONIQUE WADE

Rcpt. No: 200005340              Trans. Date: Dec 2, 2024 3:48PM              Cashier ID: #CM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DTNW224CV002938 /001<br>MONIQUE WADE | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.