# UNITED STATES DISTRICT COURT
for the

**RECEIVED**

DEC 0 4 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

Monique Wade
_____
Plaintiff(s)

v.

City of Memphis
Jerri Green, official capacity
JB Smiley Jr., official capacity
_____
Defendant(s)

Civil Action No. 24-2938

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Councilwoman Jerri Green - official capacity
125 North Main Rm. 514
Memphis, TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monique Wade
5940 Bishop Dale Rd.
Memphis, TN 38141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-2-24

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-2938

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Councilwoman Jerri Green
was received by me on *(date)* 12-4-24.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney Allan Wade, who is designated by law to accept service of process on behalf of *(name of organization)* Councilwoman Jerri Green official capacity on *(date)* 12-4-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 200 for travel and $ 100 for services, for a total of $ 300.00 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: 12-4-24

_____
Server's signature

Senteria Johnson
Printed name and title

4422 Hickory Hill Rd.
Memphis, TN 38141
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

RECEIVED

DEC 0 4 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Monique Wade
_____
Plaintiff(s)

v.

City of Memphis
Jerri Green, official capacity
JB Smiley Jr., official capacity
_____
Defendant(s)

Civil Action No. 24-2938

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Councilman JB Smiley Jr. - official capacity
125 North Main Rm. 514
Memphis, TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monique Wade
5940 Bishop Dale Rd.
Memphis, TN 38141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-2-24

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-2938

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Councilman JB Smiley Jr. official capacity
was received by me on *(date)* 12-4-24.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Attorney Allan Wade , who is
designated by law to accept service of process on behalf of *(name of organization)* Councilman
JB Smiley Jr. official capacity on *(date)* 12-4-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 200 for travel and $ 100 for services, for a total of $ 300.00 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: 12-4-24

*Server's signature*

Senteria Johnson
*Printed name and title*

4422 Hickery Hill Rd.
Memphis, TN 38141
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**

DEC 0 4 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Monique Wade
_____
Plaintiff(s)

v.

City of Memphis
Jerri Green, official capacity
JB Smiley Jr., official capacity
_____
Defendant(s)

Civil Action No. 24-2938

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

City of Memphis
125 North Main Rm. 514
Memphis, TN 38103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Monique Wade
5940 Bishop Dale Rd.
Memphis, TN 38141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12-2-24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-2938

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Memphis
was received by me on *(date)* 12-4-24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Attorney Allan Wade, who is designated by law to accept service of process on behalf of *(name of organization)* City of Memphis on *(date)* 12-4-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 200 for travel and $ 100 for services, for a total of $ 300.00

I declare under penalty of perjury that this information is true.

Date: 12-4-24

_____
Server's signature

Senteria Johnson
Printed name and title

4422 Hickory Hill Rd.
Memphis, TN 38141
Server's address

Additional information regarding attempted service, etc: